Judge Benjamin H. Settle

FILED ____ LODGED
____ RECEIVED

FEB 06 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In RE: Request from Austria Pursuant to the Treaty Between the Government of the United States of America and the Government of Austria on Mutual Assistance in Criminal Matters in the Matter of "Madleine Seiler" | NO. MC13-5000BHS<br><br>ORDER TO UNSEAL |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

The Court filings previously issued in this matter be unsealed..

IT IS SO ORDERED this __6__ day of February, 2015.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

_____
MARCI L. ELLSWORTH
Assistant United States Attorney

MOTION TO UNSEAL - 1
MC13-5000BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800